

# NUMBER 13-13-00172-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**ABRAHAM JACOB PROENZA**                     **Appellant,**

v.

**THE STATE OF TEXAS,**                             **Appellee.**

---

### On appeal from the 404th Judicial District Court of Cameron County, Texas

---

# ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Order Per Curiam

On July 23, 2015, this Court issued an opinion reversing appellant Abraham Jacob Proenza's conviction for injury to a child by omission. *See Proenza v. State*, No. 13-13-00172-CR, 2015 WL 4511431, at *1 (Tex. App.—Corpus Christi July 23, 2015, no pet. h.). On July 31, 2015, Proenza filed a motion pursuant to article 44.04(h) of the code of criminal procedure asking this Court to release him on a personal bond, or in the

alternative, to set reasonable bail in this case. *See* TEX. CODE CRIM. PROC. ANN. art. 44.04(h) (West, Westlaw through Ch. 46, 2015 R.S.).

We now request that the State file a response to Proenza's motion for release on bail pending final determination on appeal on or before the expiration of ten days from the date of this order. In addition, we request briefing from the State and from Proenza on whether the honorable Elia Lopez Cornejo, the presiding judge of the 404th District Court in Cameron County who also presided over Proenza's trial, should be involved in matters related to Proenza's bond, including, but not limited to, setting conditions on bail, approving sureties on bail, and determining Proenza's status as an indigent, should this Court grant his motion. We also request briefing on what actions, if any, this Court could or must take as a result.

Therefore, IT IS ORDERED that the State file its response and briefing within ten days from the date of this order and that Proenza file his briefing and any reply within ten days after the State's response and briefing are filed.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
4th day of August, 2015.

2